Daniel T. Quinn
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501
Phone: (907) 276-5727
Fax: (907) 276-2953
dquinn@richmondquinn.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF INDIANA, <br><br> Plaintiff, <br><br> v. <br><br> STEVEN N. PARADIS and MELANIE MAUS, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 3:20-cv- |

## COMPLAINT FOR DECLARATORY RELIEF

Plaintiff Safeco Insurance Company of Indiana, by and through counsel, Richmond & Quinn, alleges as follows:

### PARTIES AND JURISDICTION

1. At all times pertinent to this complaint, Safeco Insurance Company of Indiana (Safeco), an Indiana corporation with its principal place of business in Massachusetts, was authorized to conduct business in the State of Alaska. Safeco has fully complied with all statutory prerequisites for bringing the suit.

Complaint for Declaratory Relief
Safeco Insurance Company v. Steven N. Paradis and Melanie Maus., Case No. 3:20-
Page 1 of 6

Case 3:20-cv-00258-JMK   Document 1   Filed 10/14/20   Page 1 of 6

2. Upon information and belief, defendants Steven N. Paradis and Melanie Maus are residents of the State of Alaska.

3. This is a civil action over which this court has jurisdiction pursuant to 28 U.S.C. § 1332, in that it involves a controversy between citizens of different states, and the matter in controversy exceeds $75,000 exclusive of interest and costs.

## GENERAL ALLEGATIONS

4. On or about September 19, 2019, Steven N. Paradis was driving a 1997 Jeep Cherokee owned by Elizabeth Paradis. Defendant Melanie Maus was a passenger in the vehicle.

5. While driving, Steven N. Paradis had a single car accident, caused by his negligence. Defendant Melanie Maus suffered injuries in this accident, with the value exceeding $75,000.

6. Steven N. Paradis is the son of Elizabeth and Robert Paradis. Steven was not a resident of his parents' household at the time of the accident, and in fact his parents had obtained a protective orders against him which prohibited him from contacting his parents or visiting their home.

7. On the date of the subject accident, Steven N. Paradis took his mother's vehicle from his parents' home without her permission and without her knowledge.

8. Plaintiff Safeco had issued an automobile insurance policy No. H2136930, to Elizabeth and Robert Paradis, covering the 1997 Jeep involved in the accident. The

Complaint for Declaratory Relief
Safeco Insurance Company v. Steven N. Paradis and Melanie Maus., Case No. 3:20-
Page 2 of 6

Case 3:20-cv-00258-JMK   Document 1   Filed 10/14/20   Page 2 of 6

policy lists only Elizabeth B. Paradis and Robert Paradis as "Rated Drivers." A copy of the Safeco Declaration page is attached as Exhibit A.

## Part A – Liability Coverage

9. Under Part A – Liability Coverage, the Safeco policy defines "Insured" to include "you" (the named policyholders), and also any **"family member,"** defined as "a person related to you by blood, marriage, civil union, domestic partnership or adoption *who was a resident of your household.* This includes a ward or foster child who is a resident of your household." (Emphasis added).

10. Steven N. Paradis does not qualify as a "family member" under this Safeco policy definition because he was not a resident of his parents' household.

11. The Safeco policy also provides liability coverage to "any person using **your covered auto** with your express or implied permission. The actual use must be within the scope of that permission."

12. Because Steven N. Paradis was driving his mother's vehicle without permission, he is not insured under the Safeco policy under this permissive user provision.

13. Steven N. Paradis is not entitled to any liability coverage under the Safeco policy for claims brought against him by Melanie Maus or others, arising out of the subject accident.

## Part B – Medical Payments Coverage

14. The policy provides medical payments coverage to a **"family member"** while occupying a motor vehicle.

Complaint for Declaratory Relief
Safeco Insurance Company v. Steven N. Paradis and Melanie Maus., Case No. 3:20-
Page 3 of 6

Case 3:20-cv-00258-JMK   Document 1   Filed 10/14/20   Page 3 of 6

15. Steven N. Paradis is not entitled to medical payments coverage under this provision because, as discussed above, he does not fall within the definition of "family member," which requires that he be a resident of the named insureds' household.

16. Medical payments coverage is also available to "any other person while **occupying your covered auto** with your express or implied permission. The actual use must be within the scope of permission."

17. Neither Steven N. Paradis nor Melanie Maus are entitled to medical payments coverage under this provision because both were using the vehicle without the express or implied permission of the named Safeco insureds, Elizabeth and Robert Paradis.

### Part C – Uninsured/Underinsured Motorist Coverage

18. The policy also includes uninsured and underinsured motorist coverage, which will provide bodily injury coverage sustained by an insured when the owner's or operator's liability arises "out of the ownership, maintenance, or use of the uninsured motor vehicle or underinsured motor vehicle."

19. "Insured" in the Uninsured/Underinsured Motorist Coverage is defined as:

    1. You or any **family member**.

    2. Any Rated Diver shown on the Declarations other than you or **family member**.

    3. Any other person **occupying your covered auto** with your express or implied permission. The actual use must be within the scope of that permission.

Complaint for Declaratory Relief
Safeco Insurance Company v. Steven N. Paradis and Melanie Maus., Case No. 3:20-
Page 4 of 6

Case 3:20-cv-00258-JMK   Document 1   Filed 10/14/20   Page 4 of 6

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 276-5727
FACSIMILE: (907) 276-2953

20. Melanie Maus does not qualify for Uninsured or Underinsured Motorist Coverage because she is not a "family member" of the named insureds; is not a Rated Driver shown on the Declarations of the Safeco policy; and was not occupying the auto "with the express or implied permission" of the named insureds.

## CLAIM FOR DECLARATORY RELIEF

21. Safeco incorporates by reference all allegations in paragraphs 1 through 20.

22. Defendant Steven N. Paradis is not entitled to any coverage, including Liability, or Medical Payments Coverage under the Safeco policy because he does not qualify as a "family member," and he was driving the vehicle without permission of his parents, the named Safeco policyholders.

23. Melanie Maus is also not entitled to any coverage under the Safeco policy, including Medical Payments and Uninsured/Underinsured Motorist Coverage because she does not qualify as a family member, and was occupying the vehicle without the express or implied permission of the Safeco policyholders, Elizabeth and Robert Paradis.

24. Safeco is entitled to a declaration that Steven N. Paradis is entitled to no coverage under the Safeco policy arising out of the subject accident.

25. Safeco is entitled to a declaration that Melanie Maus is entitled to no coverage under the Safeco policy arising out of the subject accident.

WHEREFORE, Safeco respectfully prays for relief as follows:

Complaint for Declaratory Relief
Safeco Insurance Company v. Steven N. Paradis and Melanie Maus., Case No. 3:20-
Page 5 of 6

Case 3:20-cv-00258-JMK   Document 1   Filed 10/14/20   Page 5 of 6

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 276-5727
FACSIMILE: (907) 276-2953

1. For a judgment declaring that defendant Steven N. Paradis is not entitled to any coverage under the Safeco policy (H2136930) arising out of the September 19, 2019, accident.

2. For a judgment declaring that defendant Melanie Maus is not entitled to any coverage under the Safeco policy (H2136930) arising out of the September 19, 2019, accident.

3. For recoverable costs and attorney's fees.

4. For such other relief as the court deems just and proper.

DATED this 12th day of October 2020 at Anchorage, Alaska.

RICHMOND & QUINN

By /s/ Daniel T. Quinn
Daniel T. Quinn, ABA 8211141
360 K Street, Suite 200
Anchorage, AK 99501
Ph: (907) 276-5727
Fax: (907) 276-2953
dquinn@richmondquinn.com

Attorneys for Safeco Insurance Company of Indiana

I:\2044\2044.266\PLD\COMPLAINT.docx

Complaint for Declaratory Relief
Safeco Insurance Company v. Steven N. Paradis and Melanie Maus., Case No. 3:20-
Page 6 of 6

Case 3:20-cv-00258-JMK   Document 1   Filed 10/14/20   Page 6 of 6